IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMES EDMONDS,            : | | |
|    Plaintiff            : | | |
| : | | |
| v.            : | 5:06-CV-38 (WDO) | |
| : | | |
| MACON HOUSING AUTHORITY, et al.,   : | | |
|    Defendants            : | | |

**ORDER**

Plaintiff's motion for an extension of time in which to file a response to Defendants' answer is DISMISSED AS MOOT as the rules do not require a response. However, pursuant to the Federal Rules of Civil Procedure, Plaintiff may now engage in discovery, file dispositive motions or any other motion in response to the Defendants' answer.

Plaintiff also filed a motion for appointment of counsel. Pursuant to 28 U.S.C. § 1915(e)(1), a court may appoint counsel for an indigent plaintiff but only in exceptional circumstances such as when the issues involved are novel or complex. Bass v. Perrin, 170 F.3d 1312, 1320 (11th Cir. 1999); Dean v. Barber, 951 F.2d 1210, 1216 (11th Cir. 1992). In the case at bar, there are no exceptional circumstances that require the appointment of counsel nor are Plaintiff's claims so complex that he is entitled to appointed counsel. The Motion for Appointment of Counsel is DENIED.

SO ORDERED this 26th day of April, 2006.

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE