IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JAMES W. EDMONDS,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:06-CV-38 (WDO) |
| **THE HOUSING AUTHORITY OF MACON, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

This matter is before the Court on the Plaintiff's motion to reconsider the dismissal of the case based on the proposed settlement between the parties. A motion for reconsideration is not an opportunity for the movant to instruct the court on how it "could have done it better" the first time. Preserve Endangered Areas of Cobb's History v. United States Army Corps of Engineers, 916 F. Supp. 1557, 1560 (N.D. Ga. 1995). Absent the discovery of new evidence, an intervening change in the law or the issuance of binding authority contrary to the court's previous decision, a motion to reconsider is inappropriate. Id. at 1560-61. Plaintiff provided no legal or factual argument to support his motion to reconsider. Having found none, the Motion to Reconsider is DENIED.

SO ORDERED this 31st day of May, 2006.

s/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE